■ JOSEPHINE ARCURI, Appellant, v. BENJAMIN SCHWARTZ et al., Doing Business as CARDILLO REAL ESTATE, Respondents.— Motion by appellant to dispense with printing of certain papers, granted on condition that six type-written copies of such papers be handed up on the argument or submission of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) ARDISCO, LTD., Appellant, v. TACONIC HOLDING CORP. et al., Defendants, and VINCENT ERNEST GROHMANN et al., Respondents. (B) GRANT A. ROE, Appellant, v. FRANKLIN S. SCHRIVER, Respondent.— [In each action] Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) SIDNEY BLUMENBERG, Respondent, v. ARCHIBALD NEUBECKER, Appellant. (B) MARIA MELENDEZ et al., Respondents, v. LOUIS ERMAK, Appellant.— [In each action] Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ LOUISE A. BRADLEY, Appellant, v. EAST WILLISTON SHOPPING CENTER, INC., et al., Respondents.— Motion by respondent Pearl to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ PATRICIA BREEN et al., Infants, by MAURICE BREEN, Their Guardian ad Litem, et al., Respondents, v. JOHN AREITER, Appellant, et al., Defendant.— Motion by appellant to modify decision handed down May 31, 1961, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ANITA EISENBERG et al., Appellants, v. DAVID EISENBERG, Respondent.— Motion by appellants for a stay of all proceedings, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ WILMA ROONEY, Appellant, v. JOHN P. ROONEY, SR., Respondent.— Motion by appellant for a stay of all proceedings under the order appealed from, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ANITA Y. FLACKBERT, Respondent, v. A. CLYDE FLACKBERT, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.